Robert C. Weiss (State Bar No. 39,929)
rcweiss@jonesday.com
Charles A. Kertell (State Bar No. 181,214)
cakertell@jonesday.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

Attorneys for Plaintiff
MAG INSTRUMENT, INC.

Amy G. O'Toole
aotoole@bellboyd.com
BELL, BOYD & LLOYD LLP
70 West Madison Street, 3100
Chicago, IL 60602
Telephone: (312) 807-4230
Facsimile: (312) 827-8082

Attorneys for Defendant
SHARPER IMAGE CORPORATION

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAG INSTRUMENT, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br> SHARPER IMAGE CORPORATION and DOES 1-10, <br><br>　　　　Defendants. | Case No. EDCV 07-0706 VAP (OPx) <br><br> **CONSENT JUDGMENT AND PERMANENT INJUNCTION** <br><br> Hon. Virginia A. Philips |

LAI-2878919v1

WHEREAS, Mag Instrument, Inc. ("Mag Instrument") and Sharper Image Corporation ("Sharper Image") have agreed in a separate agreement to settlement of the matters in issue between them and to entry of this Consent Judgment and Permanent Injunction, it is hereby ORDERED, ADJUDGED, AND DECREED THAT:

1. This is an action for: (1) patent infringement under the patent laws of the United States, 35 U.S.C. §271, et seq.; (2) federal trademark infringement, federal false designation of origin, and federal trademark dilution under the Trademark (Lanham) Act of 1946, as amended, 15 U.S.C. §1051, et seq.; (3) trademark infringement under California Civil Code §3294; (4) statutory unfair competition under California Business and Professions Code §17200, et seq.; (5) trademark dilution under California Business and Professions Code §14330; (6) common law trademark infringement; and (7) common law unfair competition.

2. This Court has jurisdiction over all of the parties in this action and over the subject matter in issue based on 28 U.S.C. §§1331, 1338(a), 1338(b), and 1367(a), as well as 15 U.S.C. §1121(a). This Court further has continuing jurisdiction to enforce the terms and provisions of this Consent Judgment and Permanent Injunction. Venue is also proper in this Court pursuant to 28 U.S.C. §§1391(b) and 1391(c), as well as 28 U.S.C. §1400(b).

3. Mag Instrument is a corporation incorporated under the laws of the State of California and has its principal place of business at 2001 South Hellman Avenue, Ontario, California 91761.

4. Sharper Image is a corporation incorporated under the laws of the State of Delaware and has its principal place of business at 350 The Embarcadero, 6th Floor, San Francisco, California 94105.

5. Sharper Image has manufactured, used, marketed, distributed, advertised, promoted, imported, offered for sale, and/or sold, commercially in interstate commerce, a certain flashlight, which is shown in **Exhibit 1** (the "12

1 | Piece Toolkit flashlight").  The 12 Piece Toolkit flashlight was neither
2 | manufactured nor authorized by Mag Instrument.

3 |      6.    Mag Instrument is the owner of all right, title, and interest in United
4 | States Patent No. D530,438 ("the '438 patent") and United States Patent No.
5 | D530,439 ("the '439 patent").  Copies of the '438 patent and the '439 patent are
6 | attached hereto as **Exhibits 2 & 3**, respectively.

7 |      7.    The '438 patent, issued on October 17, 2006, is valid and enforceable.
8 |      8.    The '439 patent, issued on October 17, 2006, is valid and enforceable.
9 |      9.    Sharper Image will not directly or indirectly aid, assign, or participate
10 | in any action contesting the validity and/or enforceability of the '438 patent and/or
11 | the '439 patent.

12 |      10.    For many years, and prior to the acts of Sharper Image discussed
13 | herein, Mag Instrument has continuously manufactured, advertised, assembled,
14 | marketed, sold, and distributed, in interstate commerce, a line of flashlights,
15 | including, but not limited to, a line of flashlights under the distinctive trademark
16 | MINI MAGLITE®.  These flashlights are also characterized by their distinctive
17 | shape, style, and overall appearance ("SSOA").  A digital photograph of the MINI
18 | MAGLITE® flashlight is attached hereto as **Exhibit 4**.

19 |      11.    The SSOA of the MINI MAGLITE® flashlight is non-functional,
20 | distinctive, and has acquired secondary meaning in that it has come to be associated
21 | by the trade and consuming public exclusively with Mag Instrument and, as a
22 | result, has come to signify Mag Instrument as the source of flashlights bearing the
23 | same or similar characteristics.

24 |      12.    Mag Instrument has obtained, and is the owner of, a federal
25 | registration on the SSOA of the MINI MAGLITE® flashlight (the "SSOA
26 | Trademark"), which is valid and enforceable throughout the United States.  A copy
27 | of the SSOA Trademark (United States Trademark Registration Number 2,074,795)
28 | is attached hereto as **Exhibit 5**.  This registration remains in full force and effect.

LAI-2878919v1

1       13.    The SSOA Trademark is a distinctive and famous mark.

2       14.    Sharper Image began manufacturing, using, marketing, distributing, advertising, promoting, importing, offering for sale, and/or selling the 12 Piece Toolkit flashlight subsequent to Mag Instrument's SSOA Trademark becoming distinctive and famous.

15.    Sharper Image, its officers, directors, agents, servants, employees, attorneys, confederates, and all persons and/or entities acting for, with, by, through, and/or in concert and participation with them, or any of them, are hereby permanently enjoined from engaging in any of the following activities:

(a) manufacturing, using, marketing, distributing, advertising, promoting, importing, offering for sale, and/or selling the 12 Piece Toolkit flashlight;

(b) manufacturing, using, importing, offering for sale, and/or selling any flashlight that infringes the '438 patent and/or the '439 patent;

(c) inducing or enabling each other or others to manufacture, use, import, offer for sale, and/or sell any flashlight that infringes the '438 patent and/or '439 patent;

(d) using Mag Instrument's SSOA Trademark, or any other mark, design, reproduction, copy, or symbol that is a colorable imitation thereof, or confusingly similar thereto, in connection with the manufacturing, marketing, distribution, advertisement, promotion, importation, offer for sale, and/or sale of flashlights or any goods or services not originating from or authorized by Mag Instrument;

(e) using Mag Instrument's SSOA Trademark, or any other mark, design, reproduction, copy, or symbol that is a colorable imitation thereof, in any manner likely to cause confusion, to cause mistake, or to deceive the consuming public;

LAI-2878919v1

4

1    (f)   representing in any manner, or by any method whatsoever, that
2  goods, services, or other products provided by Sharper Image are sponsored,
3  approved, authorized by, or originate from Mag Instrument or otherwise taking any
4  action likely to cause confusion, mistake, or deception as to the origin, approval,
5  sponsorship, or certification of such goods or services;
6    (g)   committing any acts calculated or likely to cause consumers to
7  believe that Sharper Image's products are Mag Instrument's products or are
8  authorized by Mag Instrument, unless they are such;
9    (h)   infringing or diluting the distinctive quality of Mag Instrument's
10  SSOA Trademark; and
11    (i)   unfairly competing with Mag Instrument in any manner.
12   16.  Service by mail upon Sharper Image, addressed to Amy G. O'Toole,
13  Bell, Boyd & Lloyd LLP, 70 West Madison Street, 3100, Chicago, Illinois 60602,
14  of a copy of this Consent Judgment and Permanent Injunction entered by the Court
15  is deemed sufficient notice under Federal Rule of Civil Procedure 65.  It shall not
16  be necessary for Sharper Image to sign any form of acknowledgement of service.
17   17.  The parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED:**

Dated: January 24, 2008

By: *Virginia A. Phillips*
United States District Court Judge

LAI-2878919v1

5

1 | Approved as to form and content:

3 | Dated: December ___, 2007        JONES DAY

5 |                                  By:_____
6 |                                      Charles A. Kertell

7 |                                  Attorneys for Plaintiff
                                     MAG INSTRUMENT, INC.

9 | Dated: November ___, 2007        BELL, BOYD & LLOYD LLP

11 |                                 By:_____
                                         Amy G. O'Toole

13 |                                 Attorneys for Defendant
                                     SHARPER IMAGE CORPORATION

LAI-2878919v1